# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DANIEL T. MORRIS, Plaintiff | * | CIVIL ACTION NO. 07-2787 |
| | * | |
| versus | * | SECTION D |
| | * | |
| MICHAEL S. ZERLIN, | * | MAGISTRATE " 4 " |
| CRAIG WEBRE, Defendants | * | |
| | * | <u>JURY TRIAL REQUESTED</u> |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*\*

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that Plaintiff Daniel T. Morris hereby dismisses all claims against all defendants without prejudice in the instant proceeding. Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Defendants have not filed an answer nor a motion for summary judgment and therefore plaintiff respectfully suggest that the dismissal without prejudice is proper.

Thibodaux, Louisiana, this 21st day of April, 2008.

Respectfully submitted,

_____
DANIEL T. MORRIS
1714 Himalaya Avenue No. 7
Thibodaux, Louisiana   70301
(985) 713-4238

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

## CERTIFICATE OF SERVICE

I certify that all the defendants to this action have been properly served with a copy of the foregoing **NOTICE OF VOLUNTARY DISMISSAL** by placing a copy in the United States mail, postage prepaid, properly addressed to their respective counsels this 21st day of April, 2008.

_____
Daniel Morris